**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HONGWEI SHAO,

Plaintiff

v.

BINQUAN ZHOA and SASHA HE,

Defendants

Case No.: 2:26-cv-02382-APG-NJK

**Order Striking Certificate of Interested Parties**

I ORDER that the plaintiff's certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by August 26, 2026.

DATED this 12th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE